UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-2793
_____


UNITED STATES OF AMERICA

v.

LUKE GATLIN,
                    Appellant
_____



Appeal from the United States District Court
for the District of Delaware
(D.C. Criminal Action No. 1-06-cr-00028-001)
District Judge: Honorable Gregory M. Sleet
_____

Argued March 24, 2010
_____


Before: RENDELL, AMBRO, and FUENTES, Circuit Judges

(Opinion filed June 15, 2010)

## **ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

    IT IS NOW ORDERED that the published Opinion in the above case filed June 15, 2010, be amended as follows:

    One page 3, first full paragraph, line 5, insert ", Delaware," after "Wilmington" .

    One page 5, last sentence at the top of the page, replace the word "this" with "Gatlin's" so that the phrase reads "finding that Gatlin's theory was too attenuated".

By the Court,


/s/ Thomas L. Ambro, Circuit Judge

Dated: October 22, 2010

DWB/cc:
      Seth M. Beausang, Esq.
      Ilana H. Eisenstein, Esq.
      Robert D. Goldberg, Esq.